

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 25, 2022

2022-1391 - Freshub, Inc. v. Amazon.com, Inc.

# NOTICE OF NON-COMPLIANCE

Your submitted document (Confidential Opening Brief) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- Pages of the confidential version do not need to bear a legend so stating. Fed. Cir. R. 25.1(e)(1)(B). Refer to the Practice Notes to Rule 25.1.

- The document does not contain the required proof of service or the proof of service indicates improper service of material that cannot be served through the court's electronic filing system. Fed. R. App. P. 25(d); Fed. Cir. R. 21(a)(3) (writ petitions); Fed. Cir. R. 25(e) (all other documents). If a party has stated consent to an alternative method of service than that required by the rule, the proof of service must so indicate. Fed. R. Cir. 25(e)(4).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court
By: J. West, Deputy Clerk