FORM 32. Response to Notice to Advise of Scheduling Conflicts

Form 32
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2022-1391, 2022-1425

**Short Case Caption:** Freshub, Inc. v. Amazon.com, Inc. et al.

**Party Name(s):** Amazon.com, Inc.; Prime Now, LLC; Whole Foods Market Services, Inc.; Amazon.com Services LLC

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

### Argument Waiver    ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

### Other Parties Representing Interests

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

**Name of Expected Arguing Counsel** | J. David Hadden

### Dates Unavailable

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes    ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

FORM 32. Response to Notice to Advise of Scheduling Conflicts                    Form 32
                                                                                  March 2023

**Potential Case Conflicts**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☑ Yes    ☐ No

If yes, attach a separate sheet listing those cases.

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 06/01/2023          Signature: /s/ J. David Hadden

                          Name: J. David Hadden

*Nos. 2022-1391, -1425*

# United States Court of Appeals for the Federal Circuit

FRESHHUB, INC., FRESHUB, LTD.,

*Plaintiffs-Appellants,*

v.

AMAZON.COM, INC., PRIME NOW, LLC, WHOLE FOODS MARKET SERVICES, INC., AMAZON.COM SERVICES LLC,

*Defendants-Cross-Appellants.*

**On Appeal from the United States District Court for the Western District of Texas No. 6:21-cv-00511-ADA Honorable Judge Alan D. Albright**

**DEFENDANT-CROSS-APPELLANTS' AMENDED STATEMENT OF GOOD CAUSE FOR SCHEDULING CONFLICTS**

J. DAVID HADDEN
SAINA S. SHAMILOV
RAVI RANGANATH
FENWICK & WEST, LLP
801 CALIFORNIA STREET
MOUNTAIN VIEW, CA 94041
(650) 988-8500

June 1, 2023

TODD R. GREGORIAN
ERIC B. YOUNG
FENWICK & WEST, LLP
555 CALIFORNIA STREET, 12TH FLOOR
SAN FRANCISCO, CA 94104
(415) 875-2300

*Counsel for Defendants-Cross-Appellants*

1

Counsel for Defendants-Cross-Appellants Amazon.com, Inc., Prime Now, LLC, Whole Foods Market Services, Inc., and Amazon.com Services LLC (collectively, "Amazon") provides this Amended Statement of Good Cause in support of the Response to Notice to Advise of Scheduling Conflicts.

The Court previously accepted counsel's conflict for October 2, 2023. Dkt. 45. Counsel for Amazon is also lead trial counsel in the case *AlterWAN, Inc. v. Amazon.com, Inc. et al.*, No. 1:19-cv-01544-MN ("*AlterWAN*"), currently pending before the United States District Court for the District of Delaware. On May 30, 2023, the *AlterWAN* court entered an oral order setting that case for trial during the week of October 2, 2023. Good cause therefore exists for the Court not to schedule oral argument for Monday, October 2, 2023 through Friday, October 6, 2023:

- October 2–6, 2023: Counsel is scheduled to act as lead counsel at the trial in the *AlterWAN* matter during the week of the Court's October 2023 session.

- October 2, 2023: Counsel is also still scheduled to present at the final pretrial conference on this date in the Western District of Texas in *Almondnet, Inc. v. Amazon.com, Inc.*, No. 6:22-cv-01204-ADA.

Counsel also has a potential conflict as he intends to argue the following matters currently pending before this Court:

- *In re: PersonalWeb Technologies LLC*, United States Court of Appeals for the Federal Circuit, Appeal Nos. 2021-1858, -1859, and -1860;

- *Broadband iTV, Inc. v. Amazon.com, Inc.*, United States Court of Appeals for the Federal Circuit, Appeal No. 2023-1107;

- *Edwards Lifesciences Corp. v. Meril Life Sciences Pvt. Ltd.*, United States Court of Appeals for the Federal Circuit, Appeal No. 22-1877; and

June 1, 2023                   FENWICK & WEST LLP

By: <u>/s/ J. David Hadden</u>
     J. David Hadden

*Counsel for Defendants-Cross-Appellants Amazon.com, Inc., Amazon.com Services LLC, Whole Foods Market Services, Inc., and Prime Now, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a complete copy of DEFENDANT-CROSS-APPELLANTS' AMENDED STATEMENT OF GOOD CAUSE FOR SCHEDULING CONFLICTS was served on the attorneys of record via CM/ECF delivery on June 1, 2023

        FENWICK & WEST LLP

        By: */s/ J. David Hadden*
            J. David Hadden

        *Attorneys for Defendants-Cross-Appellants Amazon.com, Inc., Amazon.com Services LLC, Whole Foods Market Services, Inc., and Prime Now, LLC*