# United States Court of Appeals for the Federal Circuit

---

**FRESHUB, INC., FRESHUB, LTD.,**
*Plaintiffs-Appellants*

**v.**

**AMAZON.COM, INC., PRIME NOW, LLC, WHOLE FOODS MARKET SERVICES, INC., AMAZON.COM SERVICES LLC,**
*Defendants-Cross-Appellants*

---

2022-1391, 2022-1425

---

Appeals from the United States District Court for the Western District of Texas in No. 6:21-cv-00511-ADA, Judge Alan D. Albright.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

February 26, 2024
Date

Jarrett B. Perlow
Clerk of Court